[No. 12881–1–II.   Division Two.   March 15, 1990.]

THE STATE OF WASHINGTON, *Appellant,* v. HAROLD J. BLAND, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 88–8–00285–1, H. John Hall, J., entered April 21, 1989. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 21442–0–I.   Division One.   March 19, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN A. REYNOLDS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 143392R050, John F. Wilson, J., entered November 9, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Scholfield, JJ.

[No. 24352–7–I.   Division One.   March 19, 1990.]

CHRIS DEMOPOLIS, *Appellant,* v. CHARLES J. COVELLO, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–09795–1, Carol A. Schapira, J., entered May 30, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Webster, J.

[No. 23793–4–I.   Division One.   March 19, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. VERNON CORMIER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01162–8, Frank H. Roberts, Jr., J., entered August 4, 1988. *Remanded with instructions* by unpublished per curiam opinion.